PARSAN, Respondent, v. NEW YORK BREWERIES CO., Appellant. (Supreme Court, Appellate Division, First Department. May 31, 1912.) Action by Anna P. Parsan, as administratrix, against the New York Breweries

Company. I. Untermyer, for appellant. M. M. Dolphin, for respondent.

PER CURIAM. Judgment and order affirmed, with costs. Order filed.

LAUGHLIN, J., dissents.